In the Matter of RUTH MARIE POLLACK, Appellant, v MATTHEW G. KIERNAN, Clerk of the Court, et al., Respondents.

Submitted June 17, 2013; decided October 15, 2013

Motion, insofar as it seeks leave to appeal from the April 2013 Appellate Division order dismissing the proceeding, denied; motion, insofar as it seeks leave to appeal from the remaining five orders, dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (see NY Const, art VI, § 3; CPLR 5602). Motion for ancillary relief dismissed as academic.

Chief Judge LIPPMAN and Judge ABDUS-SALAAM taking no part.

In the Matter of VICTOR SOWELL, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Decided October 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.